**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern _____ District of Illinois _____
(State)

Case number (*If known*): _____ Chapter 7

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Asiamerica Enterprise, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | 2A Pharmachem USA<br>DMEGC Representative Office in Chicago USA |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 4 1 – 2 0 2 9 8 8 7 |

4. **Debtor's address**

| Principal place of business | | | Mailing address, if different from principal place of business | | |
|---|---|---|---|---|---|
| 5403 | Patton Drive | | | | |
| Number | Street | | Number | Street | |
| Suite 208 | | | | | |
| | | | P.O. Box | | |
| Lisle | IL | 60532 | | | |
| City | State | ZIP Code | City | State | ZIP Code |

| | Location of principal assets, if different from principal place of business | | |
|---|---|---|---|
| DuPage | | | |
| County | Number | Street | |

| City | State | ZIP Code |
|---|---|---|

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | www.2apharmachem.com; www.2apharmachem.net |

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

| Debtor | Asiamerica Enterprise, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When __/__/____ Case number _____
MM / DD / YYYY

    District _____ When __/__/____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

    District _____ When __/__/____
MM / DD / YYYY

    Case number, if known _____

| Debtor | Asiamerica Enterprise, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in _this district_?**

Check all that apply:

☑ Debtor has its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49        ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99       ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199     ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☑ $0-$50,000            ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000      ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000     ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million   ☐ $100,000,001-$500 million     ☐ More than $50 billion

| Debtor | Asiamerica Enterprise, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■    I have been authorized to file this petition on behalf of the debtor.

■    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    11 / 14 / 2016
                MM / DD / YYYY

✖ *Michael Cai*                        Michael Cai
Signature of authorized representative of debtor      Printed name

Title    President

**18. Signature of attorney**

✖ _____        Date    11 / 14 / 2016
Signature of attorney for debtor                MM / DD / YYYY

David L. Kane
Printed name

Meltzer, Purtill & Stelle LLC
Firm name

300        South Wacker Drive, Suite 2300
Number        Street

Chicago                            IL        60606
City                            State    ZIP Code

(312) 987-9900                        dkane@mpslaw.com
Contact phone                        Email address

ARDC # 6277758                        IL
Bar number                        State

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td>Asiamerica Enterprise, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Northern     District of   Illinois<br>(State)</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:   Summary of Assets

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B* .................................................................................................    $ 0.00

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B* .............................................................................................    $ 21,007.96

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B* ...............................................................................................    $ 21,007.96

---

### Part 2:   Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ..........    $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...................................................    $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...........................    + $ 1,000,095.00

---

4. **Total liabilities** ...........................................................................................................................
   Lines 2 + 3a + 3b                                                     $ 1,000,095.00

**Fill in this information to identify the case:**

Debtor name  Asiamerica Enterprise, Inc.

United States Bankruptcy Court for the: Northern     District of Illinois
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**       $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Chase Bank | Checking | 7 4 0 8 | $ 110.50 |
| 3.2. BMO Harris Bank, N.A. | Checking | 7 6 7 9 | $ 0.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ 110.50

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

          Current value of
   debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____    $_____
   7.2. _____    $_____

Debtor    __Asiamerica Enterprise, Inc.__             Case number (if known)_____
       Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

     8.1._____    $_____

     8.2._____    $_____

9. **Total of Part 2.**

     Add lines 7 through 8. Copy the total to line 81.                                  $ 0.00

---

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

     ☑ No. Go to Part 4.

     ☐ Yes. Fill in the information below.

                                                 **Current value of debtor's interest**

11. **Accounts receivable**

     11a. 90 days old or less:   _____ – _____ = ......➜    $_____
                             face amount      doubtful or uncollectible accounts

     11b. Over 90 days old:   _____ – _____ = ......➜    $_____
                             face amount      doubtful or uncollectible accounts

12. **Total of Part 3**

     Current value on lines 11a + 11b = line 12. Copy the total to line 82.                     $ 0.00

---

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

     ☑ No. Go to Part 5.

     ☐ Yes. Fill in the information below.

                                         **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

     14.1._____    _____    $_____

     14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

     Name of entity:                             % of ownership:

     15.1._____    _____%    _____    $_____

     15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

     Describe:

     16.1._____    _____    $_____

     16.2._____    _____    $_____

17. **Total of Part 4**

     Add lines 14 through 16. Copy the total to line 83.                                 $ 0.00

---

Debtor    **Asiamerica Enterprise, Inc.**                                      Case number (if known)_____
        Name

---

### Part 5:  Inventory, excluding agriculture assets

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials**<br>See Attached Chemical Inventory (expired) | 11/07/2016<br>MM / DD / YYYY | $_____ | estimated liquidation value | 10,627.46<br>$_____ |
| **20. Work in progress**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |

**23.  Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$ 10,627.46

**24.  Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____    Valuation method_____    Current value_____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

### Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27.  Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested**<br>_____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish<br>_____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles)<br>_____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed**<br>_____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6**<br>_____ | $_____ | _____ | $_____ |

Debtor    Asiamerica Enterprise, Inc.                                    Case number (if known)_____
_____Name_____

**33. Total of Part 6.**                                                          $ 0.00
    Add lines 28 through 32. Copy the total to line 85.

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value $_____  Valuation method _____  Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Desks (2); Chairs (2) (used) | $ | estimate | $ 200.00 |
| **40. Office fixtures** | | | |
|  | $ | | $ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Desktop Computers (2) (older model used) | $ | estimate | $ 70.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

**43. Total of Part 7.**                                                          $ 270.00
    Add lines 39 through 42. Copy the total to line 86.

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    Asiamerica Enterprise, Inc.
_____    Case number (if known)_____
          Name

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's Interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

Debtor    Asiamerica Enterprise, Inc.
_____
Name

Case number (if known) _____

---

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** _____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** www.2apharmachem.com and www.2apharmachem.net | $_____ | _____ | $ 10,000.00 |
| 62. **Licenses, franchises, and royalties** _____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** History of past customer sales and transactions | $_____ | _____ | $ 0.00 |
| 64. **Other intangibles, or intellectual property** _____ | $_____ | _____ | $_____ |
| 65. **Goodwill** _____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 10,000.00

---

Debtor    Asiamerica Enterprise, Inc.                                Case number (if known)_____
          _____
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   ☐ No
   ☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| **Part 11:** | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☑ No. Go to Part 12.
   ☐ Yes. Fill in the information below.

                                                                              **Current value of
                                                                              debtor's interest**

71. **Notes receivable**
   Description (include name of obligor)
   _____   _____ – _____ = → $_____
                                     Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)
   _____   Tax year _____   $_____
   _____   Tax year _____   $_____
   _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**
   _____                         $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   _____                         $_____
   Nature of claim        _____
   Amount requested       $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
   _____                         $_____
   Nature of claim        _____
   Amount requested       $_____

76. **Trusts, equitable or future interests in property**
   _____                         $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
   _____                         $_____
   _____                         $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.                $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

Debtor    Asiamerica Enterprise, Inc.
_____
Name

Case number (if known)_____

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 110.50 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 10,627.46 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 270.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................→ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 10,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............................ 91a. | $ 21,007.96 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................. $ 21,007.96

## Attachment to Form 206, Schedule A/B Line 19 - Inventory

| N/S | CAS No. | Name | Qty | Expire Date | Purity | Form | Color | Estimated Market Value | Stored |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 24729-96-2 | Clindamycin phosphate | 30g | 2010/07 | USP30 | white powder | white | $133.00 | |
| 2 | 179324-69-7 | Bortezomib | 100mg | 2011/1 | 99.67% | | | $115.00 | |
| 3 | 298-07-7 | Bis(2-ethylhexyl) phosphate | 500g | 2010/8 | 95% | liquid | | $92.00 | |
| 4 | 1587-20-8 | Trimethyl citrate | 872g | 2011/09 | 98.90% | white powder | white | $100.00 | |
| 5 | 71125-38-7 | Meloxicam | 50g | 2012/03 | 99.41% | yellow crystalline powder | light yellow | $200.00 | |
| 6 | 14434-22-1 | Sodium ferrocyanide | 10g | 2010/7 | 99% | yellow crystalline powder | yellow | $10.00 | |
| 7 | 110488-70-5 | Dimethomorph | 50g | 2011/2 | 98% | powder | | $200.00 | |
| 8 | 84-66-2 | Diethyl phthalate | 100g | 2011/09 | 99.50% | liquid | clear | $16.00 | |
| 9 | 150399-23-8 | Pemetrexed disodium | 1g | 2011/09 | 99.62% | Unfixed powder | Light yellow | $100.00 | |
| 10 | 68539-16-2 | (-)-Diacetone-2-keto-L-gulonic acid monohydrate | 20g | 2011/08 | 98% | powder | | $15.15 | Cool Place |
| 11 | 298-46-4 | Carbamazepine | 10g | 2011/05 | 98% | powder | | $52.00 | Cool Place |
| 12 | 144060-53-7 | Febuxostat | 1g | 2012/9 | 99.50% | powder | white | $75.00 | Cool Place |
| 13 | 133-06-2 | Captan | 25g | 2012/02 | 97% | powder | | $100.00 | |
| 14 | 95235-30-6 | 4-Hydroxy-4'-isopropoxydiphenylsulfone | 400g | 2013/9 | 99.61% | powder | pale white | $150.00 | |
| 15 | 954-16-5 | 2,4,6-Trimethylbenzophenone | 975g | 2011/8 | 99.52% | light yellow crystal or liquid | light yellow | $200.00 | |
| 16 | 33089-61-1 | Amitraz | 90g | 2012/7 | 98.11% | | | $200.00 | |
| 17 | 144060-53-7 | Febuxostat | 2g | 2012/9 | 99% | powder | white | $150.00 | |
| 18 | 30272-08-3 | Amineptine hydrochloride | 10mg | 2012/11 | 95.60% | Pale yellow Crystalline | pale yellow | $19.00 | |
| 19 | 13780-18-2 | Calcium selenite | 29g | 2012/10 | 99.10% | white powder | white | $150.00 | |
| 20 | 87-33-2 | Isosorbide dinitrate | 25g | 2012/5 | 100.14%?? | White crystalline powder | white | $218.00 | |
| 21 | 22205-45-4 | Copper(I) sulfide | 50g | 2011/1 | 99% | powder | black | $150.00 | |
| 22 | 7659-95-2 | Betanin | 50g | 2013/1 | | powder | | $92.00 | cool place |

| N/S | CAS No. | Name | Qty | Expire Date | Purity | Form | Color | Estimated Market Value | Stored |
|---|---|---|---|---|---|---|---|---|---|
| 23 | 77191-36-7 | Nefiracetam | 5g | 2009/7 | 98% | powder | | $150.00 | Cool Place |
| 24 | 1918-77-0 | 2-Thiopheneacetic acid | 10g | 2011/5 | 98% | powder | | $20.00 | Cool Place |
| 25 | 69385-30-4 | 2,6-Difluorobenzylamine | 5g | 2012/9 | 98% | powder | | $71.00 | Cool Place |
| 26 | 7786-30-3 | Magnesium chloride | 500g | 2012/7 | | | | $14.50 | |
| 27 | 11015-37-5 | Flavomycin | 4*10mg | 2013/5 | 86.30% | powder | powder | $108.80 | 2-8 C |
| 28 | 7659-95-2 | Betanin | 75g | 2013/1 | 98% | red powder | red | $138.00 | |
| 29 | 1918-77-0 | 2-Thiopheneacetic acid | 1kg+1kg+2kg | 2011/5 | 98.67% | | | $400.00 | |
| 30 | 280-57-9 | 1,4-Diazabicyclo[2.2.2]octane | 95g | 2011/11 | 99.78% | white crystal | white | $31.95 | |
| 31 | 624-38-4 | 1,4-Diiodobenzene | 10g | 2011/7 | 99.55% | Off-white crystalline | Off-white | $15.40 | |
| 32 | 80863-62-3 | Alitame | 9g+8g | 2011/4 | 99% | powder | | $200.00 | |
| 33 | 56177-80-1 | 2-Ethoxy-5-fluoro-4(3H)-pyrimidinone | 10g*2 | 2013/8 | 98%min | white powder | white | $135.20 | |
| 34 | 5321-63-1 | 1-Benzylpiperazine dihydrochloride | 1g | 2013/6 | 98% | White to off-white crysrallic solid | white | $39.50 | |
| 35 | 65369-76-8 | 1-(3-Chlorophenyl)piperazine hydrochloride | 862g | 2013/6 | 99% | Tiny red solid | red | $100.00 | |
| 36 | 120068-37-3 | Fipronil | 380g | 2012/12 | | powder | | $5,700.00 | cool place |
| 37 | 97-51-8 | 2-Hydroxy-5-nitrobenzaldehyde | 50g | 2010/11 | | powder | | $129.00 | cool place |
| 38 | 36338-96-2 | Carthamine | 9g (4x1g, 5g) | 2013/6 | | | | $150.00 | |
| 39 | 101-39-3 | alpha-Methylcinnamaldehyde | 100G | 2014/8 | 99.155 | Brown powder | Brown | $30.60 | platic bottle |
| 40 | 40054-69-1 | Etizolam | 5g | 2015/10 | 99% | | | $150.00 | |
| 41 | 25332-39-2 | Trazodone hydrochloride | 50g | 2014/4 | 98% | powder | white | $200.00 | room temperature |

**Asiamerica Enterprise, LLC**

| N/S | CAS No. | Name | Qty | Expire Date | Purity | Form | Color | Estimated Market Value | Stored |
|---|---|---|---|---|---|---|---|---|---|
| 42 | 65369-76-8 | 1-(3-Chlorophenyl)piperazine hydrochloride | 126g | 2013/6 | 99.20% | white powder | white | $150.00 | foil packet |
| 43 | 10058-44-3 | Ferric pyrophosphate | 50gx6 + 110g | 2015/1 | 98%min | powder | light yellow | $117.26 | room temperature |
| 44 | 10058-44-3 | Ferric pyrophosphate | 100g | 2015/1 | 99% | Powder | Yellowish White | $39.10 | |
| 45 | Total | | | | - | | | $10,627.46 | |

**Fill in this information to identify the case:**

Debtor name ___Asiamerica Enterprise, Inc.___

United States Bankruptcy Court for the: ___Northern___    District of ___Illinois___
(State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** Creditor's name _____

Describe debtor's property that is subject to a lien
_____    $_____    $_____
_____
_____

Creditor's mailing address
_____
_____

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name _____

Describe debtor's property that is subject to a lien
_____    $_____    $_____
_____
_____

Creditor's mailing address
_____
_____

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

**Fill in this information to identify the case:**

Debtor __Asiamerica Enterprise, Inc.__

United States Bankruptcy Court for the: __Northern__ District of __Illinois__
(State)

Case number
(If known) _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim $_____   Priority amount $_____

**2.2** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim $_____   Priority amount $_____

**2.3** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim $_____   Priority amount $_____

Debtor    Asiamerica Enterprise, Inc.
          _____    Case number (if known) _____
          Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**    Nonpriority creditor's name and mailing address

Texas State Aquarium Association

2710 North Shoreline Boulevard

Corpus Christi, TX 78402

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$ $1,000,000 (estimated)

Basis for the claim: Litigation

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.2**    Nonpriority creditor's name and mailing address

Fishman Chemical of North Carolina, LLC

624 Old Dixie Highway SW

Vero Beach, FL  32962

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Unknown

Basis for the claim: Litigation (Codebtor Contribution Claim)

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.3**    Nonpriority creditor's name and mailing address

Chase Bank Card Services

P.O. Box 15298

Wilmington, DE 19850

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 95.00

Basis for the claim: credit card

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.4**    Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.5**    Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.6**    Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Debtor    Asiamerica Enterprise, Inc.    Case number (if known) _____
        Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Sico, Hoelscher, Harris & Braugh LLP; Attn: Craig Sico<br>900 Frost Bank Plaza, 802 North Carancahua Street, Suite 900<br>Corpus Christi, TX 78401 | Line 3.1<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | Henke Law Firm; Attn: Charlie Henke<br>3200 Southwest Freeway, 34th Floor<br>Houston, TX 77027 | Line 3.2<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | JP Morgan Chase National Bankruptcy Department<br>PO Box 29505, AZ 1-1191<br>Phoenix, AZ 85038-9505 | Line 3.3<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 41. | | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor _____
Asiamerica Enterprise, Inc.
Name

Case number (if known)_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $_____ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $_____ 1,000,095.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $_____ 1,000,095.00 |

**Fill in this information to identify the case:**

Debtor name __Asiamerica Enterprise, Inc.__

United States Bankruptcy Court for the: __Northern__   District of __Illinois__
(State)

Case number (If known): _____   Chapter __7__

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.1**
State what the contract or lease is for and the nature of the debtor's interest
_____
_____

State the term remaining _____

List the contract number of any government contract _____

**2.2**
State what the contract or lease is for and the nature of the debtor's interest
_____
_____

State the term remaining _____

List the contract number of any government contract _____

**2.3**
State what the contract or lease is for and the nature of the debtor's interest
_____
_____

State the term remaining _____

List the contract number of any government contract _____

**2.4**
State what the contract or lease is for and the nature of the debtor's interest
_____
_____

State the term remaining _____

List the contract number of any government contract _____

**2.5**
State what the contract or lease is for and the nature of the debtor's interest
_____
_____

State the term remaining _____

List the contract number of any government contract _____

**Fill in this information to identify the case:**

Debtor name ___Asiamerica Enterprise, Inc.___

United States Bankruptcy Court for the: ___Northern___    District of ___Illinois___
                                                                        (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors                                             12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | Check all schedules that apply: |
| 2.1 Fishman Chemical of NC, LLC<br>624 Old Dixie Highway SW<br>Street<br><br>Vero Beach    FL    32962<br>City    State    ZIP Code | | Texas State Aquarium | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 Fishman Chemical of NC, LLC<br>c/o Henke Law Firm LLP<br>Street<br>3200 Southwest Freeway, 34th Floor<br>Houston    TX    77027<br>City    State    ZIP Code | | (notice only) | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 _____<br>Street<br><br>City    State    ZIP Code | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____<br>Street<br><br>City    State    ZIP Code | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____<br>Street<br><br>City    State    ZIP Code | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____<br>Street<br><br>City    State    ZIP Code | | _____ | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case and this filing:

Debtor Name **Asiamerica Enterprise, Inc.**

United States Bankruptcy Court for the: **Northern** District of **Illinois**
(State)

Case number (If known): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* ____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/14/2016**          ✗ _Michael Cai_____
MM / DD / YYYY                           Signature of individual signing on behalf of debtor

                                         Michael Cai
                                         Printed name

                                         President
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name _Asiamerica Enterprise, Inc._

United States Bankruptcy Court for the: _Northern_ District of _Illinois_
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

| **Part 1:** | **Income** |
|---|---|

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2016 MM / DD / YYYY | to Filing date | ☑ Operating a business ☐ Other _____ | $ 35,912 |
   | **For prior year:** | From 01/01/2015 MM / DD / YYYY | to 12/31/2015 MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | $ 89,895 |
   | **For the year before that:** | From 01/01/2014 MM / DD / YYYY | to 12/31/2014 MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | $ 75,282 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____ MM / DD / YYYY | to Filing date | _____ | $_____ |
   | **For prior year:** | From _____ MM / DD / YYYY | to _____ MM / DD / YYYY | _____ | $_____ |
   | **For the year before that:** | From _____ MM / DD / YYYY | to _____ MM / DD / YYYY | _____ | $_____ |

---

Debtor  Asiamerica Enterprise, Inc.  _____     Case number (if known)_____
              Name

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

|  | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. |  |  | $ |  |
|  | Creditor's name |  |  | ☐ Secured debt |
|  |  |  |  | ☐ Unsecured loan repayments |
|  | Street |  |  | ☐ Suppliers or vendors |
|  |  |  |  | ☐ Services |
|  | City        State      ZIP Code |  |  | ☐ Other _____ |
| 3.2. |  |  | $ |  |
|  | Creditor's name |  |  | ☐ Secured debt |
|  |  |  |  | ☐ Unsecured loan repayments |
|  | Street |  |  | ☐ Suppliers or vendors |
|  |  |  |  | ☐ Services |
|  | City        State      ZIP Code |  |  | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Michael Cai | Nov. 2015 – | $ 33,661 | Salary and expense reimbursement |
|  | Insider's name |  |  |  |
|  | 6420 Double Eagle Drive, Unit 414 | April 2016 |  |  |
|  | Street |  |  |  |
|  | Woodridge        IL      60617 |  |  |  |
|  | City        State      ZIP Code |  |  |  |
|  | **Relationship to debtor**<br>President |  |  |  |
| 4.2. |  |  | $ |  |
|  | Insider's name |  |  |  |
|  |  |  |  |  |
|  | Street |  |  |  |
|  | City        State      ZIP Code |  |  |  |
|  | **Relationship to debtor** |  |  |  |

---

Debtor  Asiamerica Enterprise, Inc.
_____
        Name

Case number (if known)_____

---

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| City          State     ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3:**  **Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Texas State Aquarium v. Fishman Chemical, et al. | Product Liability | U.S. District Court for the S.D. of Texas | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | 1133 North Shoreline Boulevard | ☐ Concluded |
| | **Case number** | | Street | |
| | 2:15-cv-00214 | | Corpus Christi    TX      78401 | |
| | | | City          State     ZIP Code | |
| 7.2. | **Case title** | | **Court or agency's name and address** | ☐ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | Street | ☐ Concluded |
| | | | City          State     ZIP Code | |

---

Debtor _____Asiamerica Enterprise, Inc._____     Case number (if known)_____
                Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | | |
| | Case title | Court name and address |
| Street | | |
| | | _____ |
| | | Name |
| City          State     ZIP Code | Case number | |
| | | Street |
| | | |
| | Date of order or assignment | City          State     ZIP Code |

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | _____ | _____ | $_____ |
| Recipient's name | _____ | | |
| Street | | | |
| City          State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| _____ | | | |
| 9.2. _____ | _____ | _____ | $_____ |
| Recipient's name | _____ | | |
| Street | | | |
| City          State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| _____ | | | |

---

**Part 5:   Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| _____ | _____ | _____ | $_____ |
| _____ | | | |

---

Debtor   Asiamerica Enterprise, Inc.
_____
Name

Case number (if known)_____

---

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before
the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring,
seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Meltzer, Purtill & Stelle LLC | | 10/18/2016 | $ 7,500 |
| **Address** | | | |
| 300 South Wacker Drive, Suite 2300 | | | |
| Street | | | |
| Chicago           IL        60606 | | | |
| City              State    ZIP Code | | | |
| **Email or website address** | | | |
| www.mpslaw.com | | | |
| **Who made the payment, if not debtor?** | | | |
| | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. John Z. Huang PC | | 3/31/2016 | $ 300 |
| **Address** | | | |
| 300 West Adams Street, Suite 840 | | | |
| Street | | | |
| Chicago           IL        60606 | | | |
| City              State    ZIP Code | | | |
| **Email or website address** | | | |
| lawoffice@johnhuanglaw.com | | | |
| **Who made the payment, if not debtor?** | | | |
| | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to
a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |
| | | | |

---

Debtor ___Asiamerica Enterprise, Inc._____     Case number *(if known)*_____
            Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____<br>Street | | | |
| | _____<br>City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer?<br>_____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____<br>Street | | | |
| | _____<br>City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | | Dates of occupancy |
|---|---|---|---|
| 14.1. | _____<br>Street | | From _____   To _____ |
| | _____ | | |
| | _____<br>City          State      ZIP Code | | |
| 14.2. | _____<br>Street | | From _____   To _____ |
| | _____ | | |
| | _____<br>City          State      ZIP Code | | |

Debtor    Asiamerica Enterprise, Inc.
_____    Case number (if known)_____
Name

---

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |
| _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ City    State    ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____ Facility name | _____ | _____ |
| _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ City    State    ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

---

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Collect customer's credit card information for cost of materials sold

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor    Asiamerica Enterprise, Inc.    Case number (if known)_____
_____
Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | _____<br>_____<br><br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | _____<br>_____<br><br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Debtor   Asiamerica Enterprise, Inc.
_____
Name

Case number (if known)_____

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| | | | |
| City        State        ZIP Code | | | |

---

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| **Case title** | **Court or agency name and address** | **Nature of the case** | **Status of case** |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City        State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| **Site name and address** | **Governmental unit name and address** | **Environmental law, if known** | **Date of notice** |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

Debtor    Asiamerica Enterprise, Inc.                                          Case number (if known)_____
_____Name_____

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| | | | Do not include Social Security number or ITIN. |
| 25.1. | | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State          ZIP Code | | From _____   To _____ |
| 25.2. | Business name and address | Describe the nature of the business | Employer Identification number |
| | | | Do not include Social Security number or ITIN. |
| | | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State          ZIP Code | | From _____   To _____ |
| 25.3. | Business name and address | Describe the nature of the business | Employer Identification number |
| | | | Do not include Social Security number or ITIN. |
| | | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State          ZIP Code | | From _____   To _____ |

Debtor    Asiamerica Enterprise, Inc.                                      Case number *(if known)*
          Name

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service |
|---|---|---|---|

26a.1.    Huada Group                                    From 2006    To 2016
          Name
          1900 East Golf Road, Suite 950
          Street

          Schaumburg                    IL            60173
          City                          State         ZIP Code

          **Name and address**                         **Dates of service**

26a.2.                                                  From _____    To _____
          Name

          Street

          City                          State         ZIP Code

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

          **Name and address**                         **Dates of service**

26b.1.                                                  From _____    To _____
          Name

          Street

          City                          State         ZIP Code

          **Name and address**                         **Dates of service**

26b.2.                                                  From _____    To _____
          Name

          Street

          City                          State         ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

          **Name and address**                         **If any books of account and records are unavailable, explain why**

26c.1.
          Name

          Street

          City                          State         ZIP Code

Debtor ___Asiamerica Enterprise, Inc._____     Case number *(if known)*_____
            Name

|  | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Name _____ | _____ |
|  | Street _____ | _____ |
|  | City _____ State ____ ZIP Code ____ |  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

| 26d.1. | Name _____ |
|---|---|
|  | Street _____ |
|  | City _____ State ____ ZIP Code ____ |

**Name and address**

| 26d.2. | Name _____ |
|---|---|
|  | Street _____ |
|  | City _____ State ____ ZIP Code ____ |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

| 27.1. | Name _____ |
|---|---|
|  | Street _____ |
|  | City _____ State ____ ZIP Code ____ |

Debtor    __Asiamerica Enterprise, Inc._____    Case number *(if known)*_____
                Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2. _____
      Name

      _____
      Street

      _____
      City                              State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Cai | 6420  Double Eagle Drive, Unit 414 | President/Owner | 100% |
| | Woodridge, IL 60517 | | |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Michael Cai | $33,661 | Nov. 2015 - | salary/reimbursement |
| Name | | | |
| 6420  Double Eagle Drive, Unit 414 | | April 2016 | |
| Street | | | |
| Woodridge          IL          60517 | | | |
| City          State          ZIP Code | | | |
| **Relationship to debtor** | | | |
| President | | | |

Debtor    Asiamerica Enterprise, Inc.                              Case number (if known)_____
          _____
          Name

**Name and address of recipient**

30.2
     _____        _____  _____   _____
     Name                                                    _____
     _____
     Street                                                  _____
     _____
     _____
     City                    State    ZIP Code              _____

**Relationship to debtor**
_____                       _____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

   **Name of the parent corporation**                    **Employer Identification number of the parent corporation**

   _____              EIN: ___ ___ – ___ ___ ___ ___ ___ ___

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

   **Name of the pension fund**                         **Employer Identification number of the pension fund**

   _____              EIN: ___ ___ – ___ ___ ___ ___ ___ ___

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/14/2016
              MM / DD / YYYY

✗ _Michael Cai_                                Printed name   Michael Cai
Signature of individual signing on behalf of the debtor    _____

Position or relationship to debtor   President

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**
☑ No
☐ Yes

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                                    CASE NO. _____

ASIAMERICA ENTERPRISE, INC.,

                    Debtor(s).


<u>VERIFICATION OF CREDITOR MATRIX</u>


The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of my/our knowledge and that it corresponds to the creditors listed in my/our schedules.


Date: __11/14/2016__

                                        _____
                                        Michael Cai, President of the Debtor

Texas State Aquarium Association
2710 North Shoreline Boulevard
Corpus Christi, TX 78402

Fishman Chemical of North Carolina LLC
624 Old Dixie Highway SW
Vero Beach, FL 32962

Sico, Hoelscher, Harris & Braugh LLP
Attn Craig Sico
900 Frost Bank Plaza
802 North Carancahua Street Suite

Henke Law Firm
Attn Charlie Henke
3200 Southwest Freeway 34th Floor
Houston, TX 77027

Chase Bank Card Services
P.O. Box 15298
Wilmington, DE 19850

JP Morgan Chase Natl Bankruptcy Dept
PO Box 29505
AZ 1-1191
Phoenix, AZ 85038-9505